UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL EARL GLINTON,<br>   Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br>   Defendants. | Case No. 24-cv-00167 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a pretrial detainee at the Santa Clara County Jail, Elmwood Facility in Milpitas, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Santa Clara County Jail and the Santa Clara County Police Department. Dkt. No. 1. On April 5, 2024, the Honorable Magistrate Judge Sallie Kim screened the complaint and dismissed it with leave to amend to attempt to correct various deficiencies. Dkt. No. 6. Plaintiff was directed to file an amended complaint within twenty-eight days of the order, *i.e.,* by May 3, 2024, and advised that failure to respond would result in the dismissal of the action. *Id.* at 3. The matter has been reassigned to the undersigned. Dkt. Nos. 7, 8.

The deadline has long since passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __May 29, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge